# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

v.                       **Case No. 4:21-cr-00097 KGB**

**DANIEL SMITH**                                                                     **DEFENDANT**

## AMENDED JUDGMENT AND COMMITMENT ORDER

On June 12, 2023, defendant Daniel Smith pled guilty to one count of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). On February 15, 2024, this Court sentenced Mr. Smith to 70 months of imprisonment, seven years of supervised release, and a $100 mandatory special assessment, with the Court to determine the amount of restitution given the parties' arguments at the sentencing hearing.

At the sentencing hearing, the government asked the Court to order Mr. Smith to pay $3,000.00 in restitution under the Mandatory Victims Restitution Act of 1996 (the "Act"). The Act mandates that a defendant who views a photograph or videotape of a child being sexually abused shall pay to the victim at least $3,000.00 in damages. Mr. Smith's presentence report identified two photographs of two different victims entitled to restitution under the Act. Therefore, the government requested restitution in the amount of $3,000.00 for each victim, for a total of $6,000.00 in restitution.

Mr. Smith objected to the request for restitution in the amount of $3,000.00 for each victim and stated that $3,000.00 should be the total amount of restitution to be divided between the victims. The Court asked counsel for Mr. Smith for any authority to support his objection, and he was not able to provide any authority at that time. Counsel for Mr. Smith asked that he be allowed to do research on the subject and to file a pleading after the sentencing hearing in this case to

support his objection. The Court granted his request and deferred a determination on restitution until on or before May 15, 2024. The Court stated an amended judgment would be entered after the amount of restitution was determined.

Mr. Smith filed a post-trial brief on February 23, 2024 (Dkt. No. 69); he concedes that the amount of restitution is the amount of $3,000.00 for each victim, for a total of $6,000.00 based upon the two different victims in this case.

It is therefore ordered that the Judgment and Commitment Order entered on February 20, 2024 (Dkt. No. 67) is hereby amended to reflect that the total restitution owed by Mr. Smith, jointly and severally with any other individual found liable to the same victim for the same loss, is $6,000.00, with $3,000.00 being payable to each of the two victims identified in Mr. Smith's presentence report.

All other terms and conditions set forth in the original Judgment and Commitment Order remain in full force and effect.

It is so ordered this 12th day of March, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge