**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                                      **Case No. 4:21-cr-00097 KGB**

**DANIEL SMITH**                                                                      **DEFENDANT**

## ORDER

Pending before the Court is a request from the United States Probation Office to dispose of property seized from defendant Daniel Smith. Attached hereto is the Defendant/Offender Property Disposal Overview prepared by the United States Probation Office. The item to be disposed is a Cricket Debut cell phone, Model: U102AC, and IMEI: 86433904875993 ("cell phone"). Smith's supervised release expires on May 28, 2026.

For good cause shown, the Court grants the request in accordance with procedures outlined in 41 C.F.R. part 102-41 and the *Guide to Judiciary Policy*. The cell phone is to be released to the appropriate federal, state, or local law enforcement agency for disposal or otherwise appropriately destroyed by the United States Probation Office.

It is so ordered this 13th day of May, 2026.

_____
Kristine G. Baker
Chief United States District Judge



# DEFENDANT/OFFENDER PROPERTY DISPOSAL OVERVIEW

This form provides an overview of the person under supervision's status, property seized by the U.S. Probation Office, and Court action taken.

## PERSON UNDER SUPERVISION: DANIEL SMITH

**Case Number:** 4:21CR00097-1-KGB      Possession of Child Pornography

**Type of Supervision:**   Pretrial

**Status:** Completed pretrial supervision due to adjudication.

**Sentence Date:** February 15, 2024

**Imposition of Sentence:**  70 months BOP, 7 years TSR.

## REASON FOR SEIZURE:

On December 9, 2021, Mr. Smith was found to be in possession of an unauthorized cell phone, in violation of the conditions of his pretrial release. A forensic analysis was authorized by Magistrate Judge Jerome T. Kearney, which confirmed that the device was used to access the Internet without authorization and contained adult pornographic images.

Mr. Smith's anticipated release to TSR is May 28, 2026. Special conditions restrict Mr. Smith from possessing an unauthorized electronic device, and he may not view or possess and visual depiction of sexually explicit material.

**ITEM(S) SEIZED:** (1) Cricket Debut cell phone
(Model: U102AC, IMEI: 86433904875993)

## COURT ACTION:

On January 5, 2022, proceedings held before Magistrate Judge Jerome T. Kearney: Bond Revocation Hearing as to Daniel Smith held on 1/5/2022. Court called to Order. Case called. Case history and allegations from the petition were read into the record. The defendant denied the allegations. After the taking of testimony, and argument from counsel, the Court determined that the defendant would be detained pending his Jury Trial. The defendant was remanded to the custody of the USMS.